**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
|     JOEY MICHAEL BIRKLE ) | CASE NO.25-70187–AKM-13 |
| ) | |
|     DEBTOR(S) ) | |

### TRUSTEE'S MOTION TO DISMISS

**COMES NOW** Robert P. Musgrave, Trustee, and pursuant to 11 USC § 1307(c) moves to dismiss the case, for cause, including:

☒ Unreasonable delay by the Debtor(s) that is prejudicial to creditors;

☒ Failure to commence timely payments under 11 USC §1326;

☐ Material default by the Debtor(s) with respect to a term of a confirmed plan, including failure to make timely payments, as follows: Debtor(s) are currently $_, or _ months, in arrears;

☒ Material default by the Debtor(s) with respect to a term of an unconfirmed plan, including failure to make timely payments, as follows: Debtor(s) are currently $14,400.00, or 2 months, in arrears;

☐ Failure to file an Amended Plan by the Court's deadline of __;

☐ Failure to complete plan in a timely manner;

☐ Failure to obtain confirmation within a reasonable time;

☒ Failure to provide assurance of future payments; and

☐ Other/Comments:

**NOTE THAT** any objection must be filed with the Bankruptcy Clerk **within 21 days of the date of this notice** [or such other time period as may be permitted by Fed.R. Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person to the Clerk of the Court at:

    Winfield K. Denton Federal Bldg.
    101 NW M.L. King Blvd.
    Suite 352
    Evansville, IN 47708

The objecting party must also ensure delivery of the objection to the party filing the motion.

**If an objection is NOT timely filed, the requested relief may be granted.**

|  |  |
|---|---|
| June 6, 2025 | /s/Robert P. Musgrave<br>Robert P. Musgrave<br>Chapter 13 Trustee<br>P.O. Box 972<br>Evansville, IN  47706-0972<br>Telephone:  (812) 424-3029<br>Fax:  (812) 433-3464<br>Email address:  trusteegeneral@chap13evv.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail June 6, 2025:

U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204

JOEY MICHAEL BIRKLE

1510 VALLEY VIEW DRIVE

JASPER, IN 47546-

BK OFFICE OF MARK ZUCKERBERG
429 N. PENNSYLVANIA STREET
STE 100
INDIANAPOLIS, IN 46204-

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  trusteegeneral@chap13evv.com