UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| In re: | ) | Case No:  25-70187 AKM-13 |
| Joey Michael Birkle | ) | |
|     Debtor(s) | ) | |

### DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Comes now the debtor(s), by counsel, and hereby objects to the Trustee's Motion to Dismiss herein, would show that failure to timely remit Payments to the Trustee will be addressed by the debtor(s) in the immediate future, and that the debtor(s) wishes to continue with this case.

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg
429 N Pennsylvania St. #100
Indianapolis, IN 46204
(317) 687-0000
(317) 687-5151 FAX
filings@mszlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, a copy of the foregoing Objection was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Chapter 13 Trustee

/s/ Mark S. Zuckerberg
Mark S. Zuckerberg